## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JPMorgan Chase Bank, N.A.,

      Plaintiff,                                Case No. 2:09cv421

     v.                                     Judge Michael H. Watson

MKP Investments LLC et al,,

      Defendants.

ReliaStar Life Insurance Company,

      Plaintiff,                                Case No. 2:09cv700

     v.                                     Judge Michael H. Watson

MKP Investments LLC et al,

      Defendants.

John Hancock Life Insurance Company (U.S.A.),

      Plaintiff,                                Case No. 2:09cv707

     v.                                     Judge Michael H. Watson

MKP Investments LLC,

      Defendant.

Principal Life Insurance Company,

      Plaintiff,                                Case No. 2:09cv718

     v.                                     Judge Michael H. Watson

MKP Investments LLC et al,,

      Defendants.

## OPINION AND ORDER

In addition to the above-captioned matters, the Court currently has pending

before it *United States of America v. Thomas E. Parenteau*, Case No. 2-08cr180. In

the criminal action, the Government alleges that Plaintiff, and others, conspired to

launder money and conduct loan application fraud. Mr. Parenteau's criminal trial is

scheduled to begin March 8, 2010.

A court should consider the following factors in determining whether a stay of a

civil proceeding is appropriate pending the resolution of a criminal action:

(1)    the extent to which the issues in the civil and criminal proceedings overlap;

(2)    the status of the criminal proceedings, including whether the Defendant has been indicted;

(3)    the plaintiff's interest in proceeding expeditiously with civil proceedings weighed against the prejudice to the plaintiff caused by the delay;

(4)    the hardship on the defendant;

(5)    the convenience of both the civil and criminal courts; and

(6)    the interest of the public and third parties.

*Chao v. Fleming*, 498 F. Supp. 2d 1034,1037 (W.D. Mich. 2007), citing *Trustees of the*

*Plumbers and Pipefitters Nat'l Pension Fund v. Transworld Mech., Inc.*, 886 F. Supp.

1134, 1139 (S.D.N.Y. 1995).

An examination of these factors leads the Court to conclude that staying the

above-captioned civil actions is appropriate. As stated, Plaintiff's criminal trial is

currently scheduled for March 8, 2010. While the Plaintiff's may have strong financial

interests in resolving the civil cases expeditiously, requiring Mr. Parenteau to defend the

civil suits while the criminal action is pending places him in a precarious position. Mr. Parenteau has a strong interest in defending himself against the claims asserted by the Plaintiffs. But, he is also entitled to exercise his Fifth Amendment privilege. Allowing the civil actions to continue while the criminal action remains pending will result in Plaintiff having to choose between defending the civil claims and exposing his defense theories prior to trial and impairing his Fifth Amendment privilege. The criminal charges against Plaintiff are serious and, if he is convicted, Plaintiff may face a significant period of incarceration. Thus, the Plaintiffs' financial interests do not outweigh Mr. Parenteau's interest in ensuring he has a fair trial.

Indeed, the resolution of Mr. Parenteau's criminal case may cause the parties to re-evaluate their respective cases. As such, because of the unique circumstances surrounding these actions, the Court finds that all parties and the Court are better served waiting to proceed with these civil actions until Mr. Parenteau's criminal case is resolved.

Accordingly, the Court hereby **STAYS** *JPMorgan Chase Bank, N.A., v. MKP Investments LLC et al,*, Case No. 2:09cv421; *ReliaStar Life Insurance Company v. MKP Investments LLC et al,*, Case No. 2:09cv700; *John Hancock Life Insurance Company*

*(U.S.A.) v. MKP Investments LLC et al.*, Case No. 2:09cv707; and *Principal Life Insurance Company v. MKP Investments LLC et al.*, Case No. 2:09cv718.

**IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court